**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Stan Puklich Chevrolet, Inc., | ) | |
| a Delaware Corporation, | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RJF Agencies, Inc., a Minnesota | ) | Case No. A1-05-116 |
| Corporation, the Trafalgar Development | ) | |
| Group, Inc., a Corporation, Lloyd's of | ) | |
| London, a Syndicate, and Alea London, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is defendants Lloyd's of London, Trafalgar Development Group, Inc., and Alea London's Motion for Attorney Kevin T. Kavanagh and Brian F. Breen to appear Pro Hac Vice on their behalf. In accordance with Local Rule 79.1(D), Mr. Kavanagh and Mr. Breen have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fee to the office of the clerk. Accordingly, the defendants' motion (Docket No. 6) is **GRANTED**. Mr. Kavanagh and Mr. Breen are admitted to practice before this court in the above-entitled action on behalf of the defendants.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge